442 (Rev. 5/93) - Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

UNITED STATES OF AMERICA

v.

EARL SHORTER

**WARRANT FOR ARREST**

FILED
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL ACTION 08-269-M-00
NUMBER: 3:00CR390

To: The United States Marshal and/or any Authorized United States Officer

You are HEREBY COMMANDED to ARREST EARL SHORTER and bring him/her to the nearest United States Magistrate Judge to answer a(n)

___ Indictment    ___ Criminal Information    ___ Complaint
___ SEALED Order of Court    ___ Order of Court
_X_ Petition on Supervised Release    ___ Petition on Probation
___ Violation of Pretrial Release    ___ Violation of Bond Conditions

charging him/her with (brief description of offense):

PLEASE SEE COPY of PETITION ON SUPERVISED RELEASE attached.

In Violation of Title___ United States Code, Section(s)___

L. Hines
Name of Issuing Officer

[signature]
Signature of Issuing-Officer

Deputy Clerk
Title of Issuing Officer

April 14, 2008 - Richmond, VA
Date and Location

Bail Fixed at $ N/A    By: _____
                          Name of Judicial Officer

---

| This warrant was received and executed with the arrest of the above-named defendant at: |
| District Court - District of Columbia |

| Date Received 4/14/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4/18/08 | DUSM SHARP | [signature] |

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Earl Shorter                                 Docket No. 3:00CR00390-001

Petition on Supervised Release

COMES NOW Rhonda E. Greene, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Earl Shorter, who was placed on supervision by the Honorable Henry Coke Morgan, Jr., sitting in the Court at Richmond, Virginia, on the 9th day of November, 2001, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court. The case is currently assigned to the Honorable James R. Spencer, Chief United States District Judge. The following special conditions were also imposed by Judge Morgan:

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, as directed by the Probation Officer.

2. If the defendant tests positive for the abuse of alcohol or the use of a controlled substance, he shall be required to participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the Probation Officer.

3. The defendant shall provide the Probation Officer access to any requested financial information.

4. Upon his release, the defendant shall pay any outstanding child support at the rate of $300 per month until paid in full or until the expiration of the period of supervised release, subject to the fact that this court or a court having jurisdiction over the child may modify that order.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: Detention is recommended.

ORDER OF COURT

Considered and ordered this 14th day of April, 2008, and ordered filed and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Rhonda E. Greene
Senior United States Probation Officer

James R. Spencer
Chief United States District Judge

Place Colonial Heights, Virginia

TO CLERK'S OFFICE

OFFENSE: Possession of Marijuana; Aiding and Abetting, in violation of 21 U.S.C. § 844 and 18 U.S.C. § 2, a Class E Felony; and Possession of a Firearm By a Convicted Felon/Unlawful User of Controlled Substance, in violation of 18 U.S.C. § 922 (g)(1,3), a Class C Felony.

SENTENCE: 11-09-01: 84 months imprisonment (24 months on Count Four and 48 months on Count Nine, concurrent); 5 years supervised release (1 year on Count Four and 5 years on Count Nine, concurrent); and $200 special assessment.

ADJUSTMENT TO SUPERVISION:

Mr. Shorter began his term of supervised release on December 11, 2006. He currently resides in Washington, D.C., with his wife, and receives unemployment benefits. He is being supervised by United States Probation Officer Pasquinucci Miller of the District of Columbia Probation Office. On March 7, 2007, a "no action" violation report was submitted to the Court reporting an arrest for Aggravated Assault, and Use of Marijuana. Mr. Shorter was found guilty of Aggravated Assault in June 2007. On November 8, 2007, this officer received a "no action" violation report indicating that Mr. Shorter has been arrested and charged with Aggravated Assault, Destroying Property, and Damage Property. These charges were dismissed. He appeared before the Court on March 21, 2008, for revocation purposes, and he was continued on supervision. On March 27, 2008, this officer received a message from Pretrial Services, reporting that Mr. Shorter had been arrested for Distribution of Cocaine.

VIOLATIONS:

The following violation is submitted for the Court's consideration:

MANDATORY CONDITION:     COMMISSION OF A CRIME - DISTRIBUTION OF COCAINE

On or about March 22, 2008, Mr. Shorter did unlawfully, knowingly, and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

REG/kss

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for SHORTER,EARL (FID 527734)



Name : SHORTER,EARL
FID# : 527734
Status : ACTIVE  Subject is in NCIC
Subject Category : 1

### Alias List
| Seq. # | Alias |
|---|---|
| 1 | SHORTER,EARL ANTONIO |

### DOB List
| Seq. # | Date of Birth | Place of Birth |
|---|---|---|
| 1 | | DC - DISTRICT OF COLUMBIA |

### Social Security Number List
| Seq. # | Social Security Number |
|---|---|
| 1 | |

### FBI Number List
| Seq. # | FBI Number |
|---|---|
| 1 | |

### Fingerprint Code List
| Seq. # | Fingerprint Code |
|---|---|
| 1 | |

### Subject Description List
| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 | BRO | BLK | 5'11" | 200 | | B | M |

### Picture/Image List
| Seq. # | District | Remark |
|---|---|---|
| 1 | A83 | 03/2008 PHOTO |
| 2 | A83 | 03/2008 PHOTO |
| 3 | A83 | 02/2008 |
| 4 | A83 | 02/2008 PHOTO |

### Scars, Marks and/or Tattoos List
| Seq. # | Scar/Mark/Tattoo |
|---|---|
| 1 | SC L THGH |
| 2 | SC R THGH |

### Miscellaneous Number List
| Seq. # | Miscellaneous Number | Issue Date | Exp. Date | Remark |
|---|---|---|---|---|
| 1 | OA-VA1266207E | | | |
| 2 | OA-NJ331381B | | | |

### Subject Address List
| Seq. # | Phone | Address |
|---|---|---|
| 1 | | |

### Profile Information
| | | | |
|---|---|---|---|
| Money Launderer | No | DEA - GDEP | |
| "Kingpin" | No | Violent Offender | No |
| Triggerlock Case | No | International Lookout Placed | No |

### Sex Offenses
| | | | |
|---|---|---|---|
| Arrest | No | Conviction | No |
| Registered | No | Registration Violation | No |

04/17/2008 3:03 PM EDT                                                                 1